UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

AHLAM ALWAQZA, Individually and as President/Owner
of: Crane Deli & Grocery, Inc., a/k/a Crane Deli & Grocery,
                        Plaintiffs,

    -against-                                STIPULATION FOR
                                          ORDER OF REMAND

THE CITY OF SCHENECTADY, NEW YORK,      Civil Case No.: 1:17-CV-427
Bureau of Code Enforcement,
                    Defendants.              (DNH/TWD)

---

WHEREAS this matter was originally commenced as a civil action in the New York State Supreme Court, Schenectady County, under Index #2017-592 and included various federal claims; and

WHEREAS this matter was duly removed from the New York State Supreme Court by the Defendant; and

WHEREAS upon Plaintiffs'/Petitioners' desire to discontinue and waive all federal claims against the Defendants with prejudice as to such federal claims and to serve and file an Amended Verified Petition to remove all federal claims and remand the case back to the New York State Supreme Court, and Defendants do not oppose this desire.

NOW, THEREFORE, the parties, by their respective attorneys of record in this Court, hereby Stipulate and agree as follows:

1. <u>Amended Petition</u>. Within ten (10) business days of the signing of this Stipulation by the respective attorneys for the parties herein, Plaintiffs/Petitioners' attorney herein shall serve by mail on the Defendants' attorneys herein, an Amended Verified Petition and Supporting Affidavit, copies of which are attached hereto, which service Defendants' attorneys shall accept subject to and reserving all their rights and remedies in the New York State Supreme Court. Defendants will have twenty (20) days upon receipt of the Amended Petition and supporting papers to respond to same by service on Plaintiffs/Petitioners by mail.

2. <u>50-h Hearing</u>. Parties acknowledge that the demanded New York General Municipal Law 50-h Hearing of the Plaintiff/Petitioner was conducted by the Defendants' attorneys herein on September 11, 2017, as ordered by the Court.

1

3. <u>Remand</u>. The Parties hereby consent that this Court make and enter an Order of Remand to remove this case from this Court and send it back to the New York State Supreme Court, Schenectady County, the Court in which it was originally commenced, and having the further effect of terminating all further proceedings in this Court and the jurisdiction of this Court.

Dated: October 3, 2017.

_____
DENNIS F. IRWIN
Attorney for Plaintiffs/Petitioners
428 Sand Creek Road
Albany, New York 12205
(518) 438-2122

Lemire, Johnson & Higgins, LLC

Dated: 10/2/, 2017. By: _____
APRIL J. LAWS, ESQ.
Attorneys for Defendants
2534 Rte. 9, PO Box 2485
Malta, NY 12020
(518) 899-5700

IT IS SO ORDERED:

_____
David N. Hurd
United States District Judge

Dated: October 16, 2017
Utica, NY

2